## No. 8.

**STATE** *against* **SHIPPY.** *Rutland*, 1817.

ON a motion for a new trial, where the verdict was against the respondent, on an indictment for perjury, the verdict was set aside, on the ground that one of the Jurors had separated

from his fellows, (unattended by an officer,) after he was sworn, and before verdict.